## A98A1005. LEMON v. MARTIN.
### (520 SE2d 516)

ELDRIDGE, Judge.

In *Martin v. Johnson-Lemon*, 271 Ga. 120 (516 SE2d 66) (1999), the Supreme Court reversed the judgment of this Court's opinion in *Lemon v. Martin*, 232 Ga. App. 579 (502 SE2d 273) (1998). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. McMurray, P. J., and Blackburn, P. J., concur.*

DECIDED JULY 7, 1999.

*A. Russell Blank,* for appellant.
*Gray, Hedrick & Edenfield, L. Bruce Hedrick,* for appellee.